UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY LEE SEALE,<br><br>  Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY SHERIFF, ET AL.,<br><br>  Defendants. | CASE NO. 3:21-cv-05917-JHC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court DISMISSES Plaintiff's complaint without prejudice under LCR 41(b)(2) for failure to prosecute; and

(3) The Court STRIKES Defendants' motion to dismiss (Dkt. 14) as moot.

Dated this 22nd day of July, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1